**Donald TROTTER, Appellant,**

v.

**The STATE of Texas, Appellee.**

**No. 28679.**

Court of Criminal Appeals of Texas.

Jan. 2, 1957.

No attorney for appellant of record on appeal.

Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

The offense is unlawful possession of intoxicating liquor for the purpose of sale in a dry area, with a prior conviction for a like offense alleged for enhancement of the penalty; the punishment, a fine of $400.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular and nothing is presented for review. The judgment is affirmed.